JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ADAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERSIDE COUNTY, et al.,<br><br>    Defendants. | Case No. 5:22-cv-01636-SPG-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: August 10, 2023

HON. SHERILYN PEACE GARNETT
United States District Judge